RECEIVED
NOV 0 9 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN SMITH and LYNN Z. SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> MB MUTUAL HOLDING COMPANY, et al., <br><br> Defendants. | Civ. No. 18-11297 <br><br> **MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that, "[c]ivil cases . . . which have been pending in the Court for more than 90 days without any proceedings having been taken therein must be dismissed for lack of prosecution . . . unless good cause is shown," Local Civ. R. 41.1(a); and it further

APPEARING that no proceedings have occurred in this case since July 23, 2018 (ECF No. 4); and it further

APPEARING that Plaintiffs were advised on November 1, 2018 that this action would be dismissed if no action was taken within seven days (ECF No. 5); and it further

APPEARING that more than seven days have passed since that advisement;

IT IS on this 9th day of November, 2018,

ORDERED that Plaintiffs' Complaint (ECF No. 1) is DISMISSED; and it is further

ORDERED that the Clerk close this case.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.