NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN SMITH and LYNN Z. SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> MB MUTUAL HOLDING COMPANY, et al., <br><br> Defendants. | Civ. No. 18-11297 <br><br> **MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

      IT APPEARING that Plaintiff Brian Smith has filed a Motion for Recusal (ECF No. 14); and it further

      APPEARING that a judge must recuse herself where her "impartiality might reasonably be questioned," "[w]here [s]he has a personal bias or prejudice concerning a party," and in other circumstances, 28 U.S.C. § 455; *see also* § 144; and it further

      APPEARING that "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion," *Liteky v. U.S.*, 510 U.S. 540, 555 (1994); and it further

      APPEARING that the Motion alleges "Error[,] Incompetence[,] Incapacity[,] Bias[,] Or Judicial Collusion" (Mot. at 4), but cites as evidence only past rulings (*see, e.g., id.* at 2 ("the way you have handled my wife's appeals"), 3 ("you have made rulings"), 5 ("you erred . . . when you ruled"));

      IT IS on this 12 day of March, 2019,

      ORDERED that Plaintiff Brian Smith's Motion for Recusal (ECF No. 14) is DENIED.

                                                          /s/ Anne E. Thompson

                                                          ANNE E. THOMPSON, U.S.D.J.